js-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| DENNIS KING, | ) | No. CV 16-9292-JFW (PLA) |
|       Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| GREGORY TROTTEN, | ) | |
|       Defendant. | ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: April 20, 2017

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE